**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susana E. Verduzco,<br><br>        Plaintiff,<br><br>v.<br><br>Kimberly A. Mulligan, et al.,<br><br>        Defendants. | No. CV-19-04745-PHX-DWL<br><br>**ORDER** |

      On September 24, 2019, the Court issued an order dismissing Plaintiff's *pro se* complaint—which, in a nutshell, asserted a medical malpractice claim against a doctor employed by the United States Department of Veterans Affairs ("VA")—due to Plaintiff's failure to exhaust administrative remedies. (Doc. 22.) On October 11, 2019, Plaintiff filed a motion for reconsideration. (Doc. 24.) On October 15, 2019, the Court denied that motion for reconsideration. (Doc. 25.)

      On November 13, 2019, Plaintiff filed a "Motion for Judicial Review" (Doc. 26), which appears to be a second motion for reconsideration. That motion will be denied. This case is closed, and Plaintiff is ordered not to file any additional motions in this action unless she can cite a rule expressly allowing the motion.

      Accordingly,

…

**IT IS ORDERED** that Plaintiff's "Motion for Judicial Review" (Doc. 26) is denied. Plaintiff shall not file any additional motion unless expressly permitted by the federal or local rules of civil procedure.

Dated this 15th day of November, 2019.

Dominic W. Lanza
United States District Judge